## Finance History

| Name | CDCS Number | Original Liability | Current Liability | Judgment Date | Life Cycle Status |
|---|---|---|---|---|---|
| Robert S Mattingley | 2018A22600 | $865,552.26 | $865,063.51 | 11/17/2017 | ENFRCM |

| Posting Date | Effective Date | Code | For | Amount | Seq | Related Seq | User | Office | District | PC |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/14/20 | 04/19/19 | COAP | TR | $2,646.96 | 000020 | 000018 | MREED | USAO | VAW | |
| 02/14/20 | 04/19/19 | PMNT | TR | -$2,646.96 | 000018 | 000020 | MREED | USAO | VAW | |
| 02/14/20 | 04/19/19 | COAP | TR | $2,646.96 | 000016 | 000010 | MREED | USAO | VAW | |
| 10/26/19 | 09/09/19 | PMNT | CB | -$25.00 | 000014 | | CDCSADMIN | USAO | VAW | |
| 07/27/19 | 06/10/19 | PMNT | CB | -$25.00 | 000012 | | CDCSADMIN | % | % | |
| 05/31/19 | 04/19/19 | PMNT | TR | -$2,646.96 | 000010 | 000016 | CDCSADMIN | % | % | |
| 07/31/18 | 06/11/18 | PMNT | CB | -$25.00 | 000008 | | CDCSADMIN | % | % | |
| 05/19/18 | 04/20/18 | PMNT | TR | -$293.75 | 000006 | | CDCSADMIN | % | % | |
| 02/05/18 | 12/07/17 | PMNT | CL | -$100.00 | 000005 | | DSMOOT | USAO | VAW | |
| 02/05/18 | 02/02/18 | BALA | | -$20.00 | 000003 | | DSMOOT | USAO | VAW | |
| 02/02/18 | 02/02/18 | IMPO | | $865,552.26 | 000001 | | DSMOOT | USAO | VAW | |

**EXHIBIT 2**